Chris Scott Graham (State Bar No. 114498)
chris.scott.graham@dechert.com
Michael N. Edelman (State Bar No. 180948)
michael.edelman@dechert.com
**DECHERT LLP**
1117 California Avenue
Palo Alto, CA  94304
Telephone:  650.813.4800
Facsimile:  650.813.4848

Attorneys for Plaintiff and Counter-Defendant,
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>MAGMA DESIGN AUTOMATION, a Delaware corporation,<br><br>    Defendant and Counter-Claimant. | Case No.  C-05-04243 MMC<br><br>**STIPULATION AND ORDER TO CONTINUING DEADLINE TO COMPLETE FED. R. CIV. P. 26(f) CONFERENCE** |
| AND RELATED COUNTERCLAIMS | |

1  WHEREAS, Defendant Magma Design Automation, Inc. ("Magma") filed a Motion to
2  Dismiss, which has been fully briefed and taken under submission by this Honorable Court, and;
3  WHEREAS, Plaintiff Synopsys, Inc. ("Synopsys") intends to bring a motion to remand
4  should this Honorable Court deny the Motion to Dismiss in whole or in part, and;
5  WHEREAS, pursuant to Fed. R. Civ. P. 26 and the Northern District Local Rules the
6  parties are to meet and confer regarding the matters specified in Fed. R. Civ. P. 26(f) by January
7  13, 2006;
8  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff
9  Synopsys, Inc. ("Synopsys") and Defendant Magma Design Automation, Inc. ("Magma") , the
10 parties hereby stipulate that, with the permission of this Honorable Court, to extend the deadline
11 to meet ad confer regarding the matters specified in Fed. R. Civ. P. 26(f) to a date no later than
12 ten (10) business days after this Honorable Court issues its ruling on the Motion to Dismiss.

Dated: January 12, 2006                    DECHERT LLP

                                           By: /s/ Chris Scott Graham
                                               Chris Scott Graham
                                               Michael N. Edelman
                                               Attorneys for Plaintiff and Counter-Defendant,
                                               SYNOPSYS, INC.

Dated: January 12, 2006                    O'MELVENY & MYERS LLP

                                           By: /s/ George Riley
                                               George Riley
                                               Mark Miller
                                               Christopher Catalano
                                               Attorneys for Defendant and Counter-Claimant,
                                               MAGMA DESIGN AUTOMATION, INC.

1  I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from George Riley.

Dated: January 12, 2006          DECHERT LLP

By: /s/ Chris Scott Graham
    Chris Scott Graham
    Michael N. Edelman
    Attorneys for Plaintiff and Counter-Defendant,
    SYNOPSYS, INC.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 13, 2006

*[signature]*
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE