1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  Michael N. Edelman (State Bar No. 180948)
   michael.edelman@dechert.com
3  **DECHERT LLP**
   1117 California Avenue
4  Palo Alto, CA  94304
   Telephone:    650.813.4800
5  Facsimile:    650.813.4848

6  Attorneys for Plaintiff,
   SYNOPSYS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 | SYNOPSYS, INC., a Delaware | Case No.  C-05-04243 MMC
13 | corporation, |
   |              | **STIPULATION AND [PROPOSED]**
14 |    Plaintiff, | **ORDER CONTINUING INITIAL CASE**
   |              | **MANAGEMENT CONFERENCE**
15 |    v.        |
16 | MAGMA DESIGN AUTOMATION, a |
   | Delaware corporation, |
17 |              |
   |    Defendant. |
18

1  WHEREAS, Defendant Magma Design Automation, Inc. ("Magma") filed a Motion to
2  Dismiss, which has been fully briefed and taken under submission by this Honorable Court, and;
3  WHEREAS, Plaintiff Synopsys, Inc. ("Synopsys") intends to bring a motion to remand
4  should this Honorable Court deny the Motion to Dismiss in whole or in part, and;
5  WHEREAS, this Honorable Court has extended the deadline to meet and confer
6  regarding the matters specified in Fed. R. Civ. P. 26(f) to a date no later than ten (10) business
7  days after this Honorable Court issues its ruling on the Motion to Dismiss;
8  WHEREAS, the initial case management conference is currently scheduled for February
9  3, 2006, at 10:30 a.m.;
10  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Synopsys and
11  Magma to request this Honorable Court to continue the initial case management conference
12  from February 3, 2006, to a date after this Honorable Court issues its ruling on the Motion to
13  Dismiss.

14  Dated: January 23, 2006          DECHERT LLP

15                                   By:/s/ Chris Scott Graham
16                                      Chris Scott Graham
                                        Michael N. Edelman
                                        Attorneys for Plaintiff,
17                                      SYNOPSYS, INC.

18
    Dated: January 23, 2006          O'MELVENY & MYERS LLP
19
20                                   By:/s/ George Riley
                                        George Riley
21                                      Mark Miller
                                        Christopher Catalano
                                        Attorneys for Defendant,
22                                      MAGMA DESIGN AUTOMATION, INC.

DECHERT LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE;   10345500.1
CASE NO. C-05-04243 MMC                                                            10338963.1

1

1  I attest under penalty of perjury that the concurrence in the filing of this document has
2  been obtained from George Riley.
3  Dated: January 23, 2006           DECHERT LLP

By: /s/ Chris Scott Graham
   Chris Scott Graham
   Michael N. Edelman
   Attorneys for Plaintiff and Counter-Defendant,
   SYNOPSYS, INC.

**ORDER**

In light of the foregoing Stipulation and request of the parties, and good cause existing, the initial case management conference shall be continued from February 3, 2006, to a date to be further set by the Court after the Court rules on the pending motion to dismiss.

IT IS SO ORDERED.

DATED: __January 24__, 2006

_/s/ Maxine M. Chesney_
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

DECHERT LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE;
CASE NO. C-05-04243 MMC

2

10345500.1
10338963.1