1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  **DECHERT LLP**
   1117 California Avenue
3  Palo Alto, CA 94304-1013
   Telephone:   650.813.4800
4  Facsimile:    650.813.4848

5  Attorneys for Plaintiff
   SYNOPSYS, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | SYNOPSYS, INC., a Delaware corporation, | Case No. C-05-04243 MMC
13 |                                          | **STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL [FRCP 41(a)(2)]**
   | Plaintiff and Counter-Defendant,         |
14 |                                          |
15 | v.                                       |
16 | MAGMA DESIGN AUTOMATION, a Delaware corporation, |
17 |                                          |
   | Defendant and Counter-Claimant.          |
18 |                                          |
19 | AND RELATED COUNTER-CLAIMS.              |

20

21     WHEREAS, by agreement entered into between the parties on March 29, 2007, all claims
22 and counterclaims in the above referenced action have been fully resolved;
23     WHEREAS, by agreement of the parties, this Honorable Court is respectfully requested to
24 enter a dismissal with prejudice of the entire action, with each party to bear its own fees and costs
25 incurred;
26 ///
27 ///
28

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL;
CASE NO. C-05-04243 MMC

12722012.1

NOW, THEREFORE, based on the foregoing, the parties request entry of an order by this Court as set forth herein.

Dated: March 30, 2007                    DECHERT LLP

                                         By:/s/Chris Scott Graham
                                            Chris Scott Graham
                                            Attorneys for Plaintiff and Counter-Defendant,
                                            SYNOPSYS, INC.

Dated: March 30, 2007                    O'MELVENY & MYERS LLP

                                         By:/s/George A. Riley
                                            George A. Riley
                                            Attorneys for Defendant and Counter-Claimant,
                                            MAGMA DESIGN AUTOMATION, INC.

I declare under penalty of perjury that concurrence in the filing of this document has been obtained from George A. Riley.

Dated: March 30, 2007                    DECHERT LLP

                                         By:/s/Chris Scott Graham
                                            Chris Scott Graham
                                            Attorneys for Plaintiff and Counter-Defendant,
                                            SYNOPSYS, INC.

## ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS HEREBY ORDERED AS FOLLOWS:

Pursuant to FRCP 41(a)(2), this action is hereby dismissed with prejudice, with each party to bear its own fees and costs.

DATED: ___April 16___, 2007

                                         _____
                                         HON. MAXINE M. CHESNEY
                                         UNITED STATES DISTRICT COURT JUDGE

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL;
CASE NO. C-05-04243 MMC

2

12722012.1